# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AYMAN MOHAMMED AHMED    )
AL SHURFA,    )
   )
        Petitioner,    )
   )
        v.    )    Civil Action No. 05-431 (RJL)
   )
BARACK H. OBAMA, *et al.*,    )
   )
        Respondents.    )

## ORDER
(July 7, 2009)

Based on the representations of counsel at the status conference held this date that petitioner Ayman Mohammed Ahmed Al Shurfa, after consultation with counsel, wishes to withdraw his petition for writ of habeas corpus, it is hereby

**ORDERED** that Ayman Mohammed Ahmed Al Shurfa's petition for writ of habeas corpus is DISMISSED without prejudice.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

1